# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00719-CR

**Antonio Ricardo Jennings, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NO. 69,422, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Antonio Ricardo Jennings seeks to appeal from a judgment of conviction for possession of a controlled substance. *See* Health & Safety Code Ann. § 481.115 (West 2010). The trial court has certified that: (1) this is a plea-bargain case and Jennings has no right of appeal, and (2) Jennings has waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: November 14, 2012

Do Not Publish